```
 1   ANAHEIM CITY ATTORNEY'S OFFICE
     JESSE JACOBS (SBN 239626)
 2   E-mail: jjacobs@anaheim.net
     200 S. Anaheim Boulevard, Suite 356
 3   Anaheim, California 92805
     Tel: (714) 765-5169 Fax: (714) 765-5123
 4
     Attorneys for Defendant CITY OF ANAHEIM
 5   erroneously sued as ANAHEIM POLICE
     DEPARTMENT
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11   LOURDES SANDOVAL,              Case No.:   SACV 22-_____ (___)

12           Plaintiff,
                                    NOTICE OF REMOVAL OF
13       v.                         ACTION UNDER 28 U.S.C. §1441(b)
                                    (FEDERAL QUESTION)
14   ANAHEIM POLICE
     DEPARTMENT, U.S. MARSHALL,
15   CIA (CENTRAL INTELLIGENCE      Action Filed:   August 12, 2022
     AGENCY),                       Trial Date:     None Set
16
             Defendants.
17
18       TO THE CLERK OF THE ABOVE-ENTITLED COURT:
19       PLEASE TAKE NOTICE that Defendant, CITY OF ANAHEIM
20   erroneously sued as ANAHEIM POLICE DEPARTMENT[1] ("Defendant"),
21   hereby removes to this Court the state court action described below.
22       1.   On August 12, 2022, an action was commenced in the Superior
23   Court of the State of California in and for the County of Orange, entitled Lourdes
24   Sandoval v. Anaheim Police Department, U.S. Marshall, CIA (Central
25   Intelligence Agency, as Case Number 30-2022-01274793 CU-CR-CJC. A copy
26   _____
27   [1] Although named as a defendant, the Anaheim Police Department is not a
     separate legal entity, but rather a department of the City of Anaheim.
28
                                   1
                                                   Case No. SACV 22-_____ (___)
```

1. of the Complaint is attached hereto as Exhibit "A".

2. On August 12, 2022, Defendant, was personally served with a copy of the Summons and Complaint. A copy of the Summons is attached hereto as Exhibit "B".

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it appears to arise under 42 U.S.C. §1983 and the Fourteenth Amendment to the United States Constitution. Additionally, named co-defendants U.S. Marshall and CIA (Central Intelligence Agency), for whom no proofs of service have been filed by Plaintiff as of the date of this removal, are federal agency defendants who may remove this action to this Court pursuant to the provisions of 28 U.S.C. § 1442(a).

4. Removal to this district court is proper under 28 U.S.C. § 1446(b) because the state court action is geographically located within this Court's district.

5. Thirty days since first receipt of a copy of the Complaint via personal service on Defendant have not yet expired. Defendant is the only defendant known to have been served in this action. In reviewing the register of actions associated with the matter filed in the State of California in and for the County of Orange, case number 30-2022-01274793 CU-CR-CJC, no proofs of service have been filed indicating service on the remaining named defendants, U.S. Marshall and CIA (Central Intelligence Agency).

///
///
///
///

Dated: September 7, 2022    ROBERT FABELA, CITY ATTORNEY

By: _____
    Jesse Jacobs
    Deputy City Attorney
    Attorneys for Defendant
    CITY OF ANAHEIM, erroneously sued
    as ANAHEIM POLICE DEPARTMENT

146737