EXHIBIT A

08/12/2022

1  Lourdes Sandoval

2  1555 w. Ginston Ll #46 Anaheim, CA 92801

3  In Pro Per (714) 770-2585

4

5  **FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

6  AUG 12 2022
DAVID H. YAMASAKI, Clerk of the Court

7  SUPERIOR COURT OF THE STATE OF CALIFORNIA

8  COUNTY OF ORANGE

9  Central  JUSTICE CENTER   JUDGE LINDA S. MARKS

10  In Re the Matter of:                    Case No.:   (Complaint)

11  Lourdes Sandoval                         01274793

12  Plaintiff / Petitioner,

13

14  1) Anaheim Police Department (CIA) Agent
Defendant / Respondent   2) Central Intelligence
US Marshalls

16  I am seeking to sue the us govt and its
17  affiliates for abuse of their power against
18  me for which the reason to sue is unknown.
19  All I know as of today I have reached
20  a point of no return because I am constantly
21  being threatened by the us gov't that I am
22  gonna get killed, I am including this on here
23  as a SOS since they claim today might be the
24  day I die. On top of harassment, oppression,
25  sabotaging my potential employment, hacking
26  my phone w/ out following their P- protocols
27  which include probable cause & a warrant.
28  Because of this electronic espionage

or whatever reason 2 phones have been
destroyed due to their interference & I had

Page |1

pg 1

. to purchase new phones on 2 occassions
& I don't have that type of money or
time to play games w/ gov't that are not
clear of why they have targeted me. I
actually know they are out to kill me for
a few years now. The 1st person they sent to
me to kill me admitted to me that they
hired him to do their dirty work. His name
is Mario Enriquez & he resides in Anaheim.
This hire was going back to 2017 - 2018 & he
actually admitted it to me about 1 year ago
when I told him what I had going on recently.
This new person targeted to kill me is
named Andrew J. Davis. He too ended up not
being able to complete the mission, but
instead threw the CIA and Marshalls
under the bus & I believe them because when
we first met he tried killing me 3 times
but failed & over the fact that he was unable
to go forth w/ it is because I always showed
him compassion & forgave him, but this is just
a little bit info because I have much more
& I can prove it, but its so you know that I
am directly pointing @ the US gov't because I
For a fact know it is them since the 1st 3 attempts
of Andrew seeking to take my life there was
probable cause to arrest yet they didn't my
face was bruised up completely & the other &
final attempt my lung was punctured yet
they never chased after him, he just walked

pg 2.

30-2022

0127479 3

out nonchalantly & made zero efforts to get me justice. Instead gave me a hard time while on the floor not being able to breathe asking me questions rather than taking me to the hospital. I got so shocked @ the reality

1  that Andrew was telling me the truth.
2  I also want to sue the US Gov't for constant
3  mental anguish, (NAZI SIGN) vandalizing my vehicle,
4  Hiring false witnesses to gas light & get
5  me to react so they can ruin my reputation
6  & allow me to be framed to be a trouble maker.
7  which I am not. They also use intimidation
8  to cause / & or implement fear in me.
9  USPS keeps leaving keys in my box & positions
10 for me to read it since it states US property
11 & theres no reason to be leaving keys in
12 my mail box. Also I suspect privacy invasion
13 due to finding 2 times on 2 occassions
14 Both my tires of my bike flat & that was
15 odd because it was 2 days after I had
16 gotten a seal protector for my tires so
17 they can last longer. I will be attaching a
18 few things today, just to get the ball rolling
19 For now, but I have much more than
20 This. Lastly @ my Foothill Regional Med Cntr
21 job they actually got into my oracle & inputted
22 another employees acct into in my acct. seeking to
23 build a false case against me & I'm sure there's
24 more. Thanks so much, but please give
25 me the opportunity to put these bills in their place by
26 hearing me out

I declare under the penalty of perjury under the laws of the State of California that the foregoing
in true and correct.

27 Dated:                                                          30-2022
28 08/12/2022                              , In Pro Per   0 1 2 7 4 7 9 3

PY. 3

Page | 3

also I forgot to add That in
these times where I have been in
danger @ my own residence, I called
Anaheim Police Dept & More Then
2 times they have Not showed up
& instead give me an excuse of
them being busy yet my call was
a life or death situation, also
giving me a feeling that yes they
too as gov't affiliates are
aware of my hired Hit targeting
to kill me & that's what they
wanted since they obviousley weren't
to concerned to come aid me, yet
when someone calls the police on
me, & not being me the problem
they arrive in 2 mins., I feel
discriminated against, Given
no answers, when I myself
contacted the Marshalls they
asked who the target was & I
said I was, they began to
stutter & get nervous All
I wanted was to talk the one
in charge to ask (a) least
why I'm such a threat since

pg. 4

Page | 2

thay're dieing to kill me. He just said their boss wouldn't talk to me, & just gave me a #. Therefore what else is there to do when the heroes are also criminals worse than me & you. Thanks so much & God bless all I ask is for a chance to prove my case in completion, Because this not ok & I am glad they picked me so I can rise for all human kind.

→ Also just to be safe, I am gonna mention the fact that I feel they want to set me up, because the apt complex I live in isn't your ordenary, every one seems to ~~behave~~ behave suspiciously & I never see any cops driving by to patrol the area. For our safety, I also think they would build anything fradulent even if it means using my past like they always do.

Dated: 08/10/2022

Name: Lourdes Sandoval
In Pro Per                                    (SIGNATURE)

pg. 5

Page | 3

*Police report made due to nonstop calling from hired assassin Andrew James Davis.*

## ANAHEIM POLICE DEPARTMENT SUMMARY INCIDENT REPORT

### REPORT NUMBER: 2022-802974



### INCIDENT INFORMATION

| INCIDENT CODE | INCIDENT TYPE | INITIAL SUPP | X | DATE/TIME STARTED | DATE/TIME ENDED | DATE/TIME REPORTED |
|---|---|---|---|---|---|---|
| 653 | 653M(A) PC OBSCENE/THREAT | | | 07/07/2017 07:07 AM | 06/11/2022 10:24 AM | 06/12/2022 12:28 AM |

| REPORT FILED FROM | TRACKING NUMBER | LOCATION OF OCCURRENCE | APPROVED BY: |
|---|---|---|---|
| *** | T22004107 | 2555 West WINSTON Road, 46, ANAHEIM, CA 92804 | A1295/Bob Conklin |

| LOCATION TYPE | THEFT TYPE | METHOD OF ENTRY | METHOD OF EXIT | PT OF ENTRY | PT OF EXIT | ENTRY LOC |
|---|---|---|---|---|---|---|
| Single Family Home | | | | | | |

### PERSON LISTINGS

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Quinones | Lourdes | | *** | *** | | | |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
| | *** | *** | *** | | | | | | |
| | EMAIL | | RESIDENCE ADDRESS | | | | | HOME PHONE | |
| | lcobos1758@gmail.com | | *** | | | | | *** | |
| | EMPLOYER NAME | | BUSINESS ADDRESS | | | | | WORK PHONE | |
| | | | *** | | | | | | |

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | Davis | Andrew | J | *** | | | | |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
| | | *** | *** | | *** | 27 | 511 | 180 | *** |
| | EMAIL | | RESIDENCE ADDRESS | | | | | HOME PHONE | |
| | | | *** | | | | | *** | |
| | EMPLOYER NAME | | BUSINESS ADDRESS | | | | | WORK PHONE | |
| | | | *** | | | | | | |

| | TYPE | LAST NAME | FIRST NAME | MIDDLE NAME | DOB | RACE | SEX | DRIVER LIC NO | LIC ST |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | Affiliate | Mk ultra pgm | US government | | | | | |
| | SSN | ETHNICITY | RESIDENT | EYE COLOR | HAIR COLOR | AGE | HEIGHT | WEIGHT | CELL PHONE |
| | | | | | | | | | |
| | EMAIL | | RESIDENCE ADDRESS | | | | | HOME PHONE | |
| | | | *** | | | | | | |
| | EMPLOYER NAME | | BUSINESS ADDRESS | | | | | WORK PHONE | |
| | | | *** | | | | | | |

### NARRATIVE

A response must be provided for all 11-questions.

1. What is the Date/Time of the first incident?
10/27/2019 1pm

2. What is the Date/Time of the last incident?
6/11/22 1024am

This is an addition to my harassment report I made against the Us government and their oppression against us free thinkers.
Andrew is a victim of their mk ultra mind program the Us Marshalls conduct. He is microchipped satanist aka a transhuman

Another report due to showing
up @ my apt. under the
influence needed help APD
responded to go online instead
of coming to take the report.

REPORT NUMBER: 2022-082968

Telephone Number: unknown
Application and User name: us government

7. Do you know the person making the annoying/threatening calls? Please provide their name, address, DOB, email or social media user name and application.
The US govt Albert Knapp harassing me because I don't go with their flow. Only dead fish go with the flow. Penrod dead re:free am I told

8. How do you know the person making the annoying/threatening calls?
They control the world I live in. it actually be orugs to my Father but in their desperation to be like my Father they have become mental freaks therefore they want anyone that thinks for themselves like myself

9. Were the calls/messages annoying or threatening?
Yes very so please stop, although I do sure they will increase after this report is submitted. I had already made a previous report due to my vehicle being vandalized scratching my car putting a neo sign with a key brrerrmmm Hitler that's very government affiliated amongst other things so hopefully the report number to u can look it up 22-21827

10. Please explain what was annoying or threatening?
They're desire for total control

11. If the suspect is identified, are you willing to cooperate with detectives and prosecutions, testifying in court after being subpoenaed? If you simply desire documentation only, please indicate   Yes

REPORT NUMBER: 2022-082968



INCIDENT INFORMATION

PERSON LISTINGS

NARRATIVE

A response must be provided for all 11 questions.

1. What is the Date/Time of the first incident?
2017 @ 7:02pm

2. What is the Date/Time of the last incident?
8/24/2022

3. How many times a day is the calls/text have been sent?
Too many

4. How was the phone call/message received? (Home phone, Cell phone or Application) harassed both in person and via phone

5. What is the telephone number or text entries that were used they call or message?
Unknown

6. What device did the person used to make or send the annoying/threatening call?
Device type in person/their phone

Report Created On 8/26/2022 10:17 PM                                                   Page 1 of 2

8/10/22, 6:36 PM                           Fwd: New issues arising - luluquinones1986@gmail.com - Gmail

Search in mail

*An email I sent to management regarding the issues that have been occurring including a spray coming out of the fire alarm which now seems to make sense since sometimes when I come home it smells like pesticide*

—— Forwarded message ——
From: Lulu Sandoval <lcobos1758@gmail.com>
Date: Sun, Jun 26, 2022, 2:05 PM
Subject: Re: New issues arising
To: Pebble Cove <pb@mariman.com>

Attached are the pics

Sincerely,
Lourdes S.Quinones
Daughter of The Great I AM
Captain 144,000 Tribe of Issachar

On Sun, Jun 26, 2022, 2:04 PM Lulu Sandoval <lcobos1758@gmail.cor

1. The ac isn't blowing cold air consistently even when off auto and is

2. A strange pesticide smell that fills my apartment every so often. I'm
ceiling.

3. This key was left inside my mail box so what's up with a USPS key
them about not putting the former tenants mail in my box but they're s
them respect your tenants.

4. Any updates regarding the mold situation? The guy that came didn'
more specific of what happened the day he came with nato

5. Is this apartment complex a normal apartment complex or is it a go'
say and report....lol this is ridiculous, the us government is a joke! But

Thanks so much Christian..... much love and respect to you! Ay me a'

Sincerely,
Lourdes S.Quinones
Daughter of The Great I AM
Captain 144,000 Tribe of Issachar

2 Attachments

Compose

Inbox
Starred
Snooze
Drafts
More

Labels

This is an image I took from
my phone when I found the USPS
key inside my mail box. & this occurred.
more than once & yet both times w/this
inprinted on it US Property facing me
as I open it.
coincidence,
don't think so



8/10/22, 6:11 PM                          Screenshot_2022-07-14-17-21-44-762.jpg



Following text screen
shots are a conversa-
tion w/ the hired
assassin speaking
about his micro
chip & stating his
unsuccessful attempt
in Killing me. athough
I don't really blame
Andrew for his actions
but rather the ones
guilty for his actions
are the ones in
charge of altering
the chip, the implant
the puppet master.   .

8/10/22, 6:11 PM                               Screenshot_2022-07-14-17-21-31-118.jpg



8/10/22, 6:14 PM                                        Screenshot_2022-07-14-17-22-13-276.jpg



8/10/22, 6:13 PM                    Screenshot_2022-07-14-17-22-23-339.jpg



8/10/22, 6:11 PM                                    Screenshot_2022-07-14-17-22-40-624.jpg



8/10/22, 6:12 PM                                    Screenshot_2022-07-14-17-22-50-700.jpg



8/10/22, 6:13 PM                                    Screenshot_2022-07-14-17-23-02-588.jpg



8/10/22, 6:12 PM                                Screenshot_2022-07-14-17-23-13-232.jpg



8/10/22, 8:12 PM                                        Screenshot_2022-07-14-17-24-08-586.jpg



8/10/22, 6:10 PM                                    Screenshot_2022-08-10-10-21-30-830.jpg



10:21 AM                          100%

The complex where I live
needs security cameras

Add label

Lulu Sandoval  Jul 11
to Rodriguez

Hey Eliana I'm just emailing you because I have some
concerns that right there where I live the Pebble cove
there isn't any security cameras and the other day I
came home and both of my tires on my bike were flat
and this has happened twice already so it's kind of
weird how they don't have any security camera so I
don't want them saying that I'm giving my key to
certain people when I haven't given my key to anyone
so nobody should be entering my home when I'm not
home.

Sincerely,
Lourdes S.Quinones
Daughter of The Great I AM
Captain 144,000 Tribe of Issachar

Screenshot saved to Gallery.          orward

8/10/22, 6:09 PM                                    Screenshot_2022-08-10-10-21-50-258.jpg



8/10/22, 6:09 PM                                    Screenshot_2022-08-10-10-21-56-172.jpg



10:21 AM

# Re: The complex where I live needs security cameras

Add label

**Lulu Sandoval** Jul 12
to Pham

So you don't care about your client's safety? What if the manager is prolonging the process in getting things fixed? Is calling fair housing all there is to do?

Sincerely,
Lourdes S.Quinones
Daughter of The Great I AM
Captain 144,000 Tribe of Issachar

On Tue, Jul 12, 2022, 4:50 PM Pham, Truc <truc.pham@ocer.ocgov.com> wrote:

Hi Lourdes,

Please talk to the property manager directly if there are any incidents happened at the property. Unfortunately, OCHA can not get involved in such matters (theft, security camera installing etc.). You could also call fair housing if you would like to do so.

Best regards,

Screenshot saved to Gallery.

Truc Pham





## My Account     My Searches

323-217-9109 (Search) | Bearl Howard (Los Angeles, CA)

### Bearl Howard

1221 W 106Th Street, Los Angeles CA 90044

### Contact Information

323-217-9109 (Mobile)



Screenshot saved to Gallery.